**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:    Clerk, U.S. Bankruptcy Court

Re:    UNDISTRIBUTED FUNDS

Case No.:    6:13-bk-19954-SY

Debtor(s):    SHARON MATTHEWS
14071 PEYTON DR
UNIT 2714
CHINO HILLS, CA  91709

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| SHARON MATTHEWS | $5,653.43 |
| 14071 PEYTON DR, UNIT 2714 CHINO HILLS, CA 91709 | |

Dated: 10/11/17

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | | | | | | Check #: 0604764 | |
|---|---|---|---|---|---|---|---|
| ROD DANIELSON, Chapter 13 Trustee | | | | | | Date: Oct 11, 2017 | |
| Payee: US BANKRUPTCY COURT | | | | | | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 1319954 | SHARON MATTHEWS | | | 00000 | 5,653.43 | 0.00 | 5,653.43 |
| | | | | | | | |
| PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | | TOTALS: | 5,653.43 | 0.00 | 5,653.43 |

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000

SHARON MATTHEWS

CASE: 6:13-bk-19954-SY
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 5,653.43
INTEREST: 0.00

90-4280
1220

American Business Bank
Inland Empire Region
523 W Sixth Street, Suite 900
Los Angeles, CA 90014
Tel. (213) 430-4000

| CHECK NUMBER |
|---|
| 0604764 |

| CHECK DATE | AMOUNT |
|---|---|
| Oct 11, 2017 | ******5,653.43** |

VOID 45 DAYS FROM DATE

**PAY** Five Thousand Six Hundred Fifty Three And 43 / 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

_Rod Danielson_

⑆0604764⑆ ⑈122042807⑈ 05198500⑈